*W. H. Seevers*, for plaintiff in error.

*J. C. Hall*, for defendant.

———o-o•———

HINCH *et al. v.* WEATHERFORD.

Statute of limitations approved February 15, 1843, cannot be pleaded in bar to any action of debt, assumpsit, &c. commenced before July 4, 1849.

*Error to Mahaska District Court.*

*Opinion by* GREENE, J.   This suit was commenced before a justice of the peace, on the 28th of December 1848, on a promissory note dated January 5th 1841, payable one day after date.   The defendant pleaded the statute of limitations, and obtained judgment; and thereupon the plaintiff took an appeal to the district court.

On the trial, the court charged the jury, that by the terms of the note, the cause of action accrued more than six years before the commencement of the suit; and that as it came within the statute of limitations, the plaintiffs could not recover.   This instruction under former decisions of this court, was erroneous.

It has repeatedly been decided by this court, that the Iowa statute of limitations, approved, February 15, 1843, cannot be successfully pleaded as a bar to any action of debt, assumpsit, &c., commenced within six years after the act took effect.   As the act was not in force, and did not commence running as a limitation of suits, till the 4th day of July, 1843, such an action could only be brought

within its purview after the 4th day of July, 1849. But in this case the suit was commenced on the 28th of December, 1848, and consequently, the limitation was improperly applied.

· *W. H. Seevers*, for plaintiffs in error.

